United States Courts
Southern District of Texas
FILED
November 10, 2026
Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO. 4:26-cr-736** |
| | § | |
| **DARRIS ORNEL JEFFERSON** | § | |

# INDICTMENT

THE GRAND JURY CHARGES:

## MISCONDUCT OR NEGLECT OF SHIP OFFICERS

## COUNT ONE

On or about July 19, 2024, in the Houston Ship Channel, a navigable water of the United States and within the admiralty jurisdiction of the United States, and within the Southern District of Texas and within jurisdiction of the Court, Defendant:

**Darris Ornel Jefferson**

being then and there the pilot of the YANGZE 7 vessel, did cause said vessel to collide with the towing vessel the MISS PEGGY, resulting in the loss of life of Aquarius Lowman, that said collision and loss of life was caused by the misconduct, negligence, and inattention to duties of the defendant as the pilot of the vessel.

In violation of Title 18, United States Code, Section 1115.

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE

______________________________
Foreperson of the Grand Jury

AARON F. REITZ
United States Attorney

By: Jason Corley
Jason E. Corley
Assistant United States Attorney