USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

HOUSTON DIVISION

USAO Number: 2025R17040

Magistrate Number:

CRIMINAL INDICTMENT

United States Courts
Southern District of Texas
FILED
*November 10, 2026*
Nathan Ochsner, Clerk of Court

Filed

No. **4:26-cr-736**

Judge: **Hanen**

UNITED STATES of AMERICA

vs.

DARRIS ORNEL JEFFERSON, Ct.1

ATTORNEYS:

**AARON F. REITZ, USA** **(713) 567-9000**

JASON E. CORLEY, AUSA (713) 567-9000

| | Appt'd | Private |
|---|---|---|
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

CHARGE: Ct. 1: Misconduct or Neglect of Ship Officers [18 U.S.C. §1115]

(TOTAL)
(COUNTS:)
( 1 )

PENALTY: Ct. 1: Ten years imprisonment and/or up to $250,000 fine; 3 years SRT; $100 SA

☐ In Jail

☐ On Bond

☑ No Arrest

NAME & ADDRESS
of Surety:

PROCEEDINGS: